UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLMES ALEXANDER,<br><br>         Plaintiffs,<br><br>  -against-<br><br>JEFFREY SCOTT GRODER, ET AL,<br><br>         Defendants. | 24-cv-3857 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 10, 2024
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                 Chief United States District Judge